| Civil DOCKET | DOCKET NUMBER 200436CV000080 | Trial Court of Massachusetts District Court Department |
|---|---|---|
| CASE NAME<br>JEFFREY BROWN vs. MARRIOTT INTERNATIONAL, INC. | | CURRENT COURT<br>Salem District Court<br>65 Washington Street<br>Salem, MA 01970-3572<br>(978) 744-1167 |

| ASSOCIATED DOCKET NO. | DATE FILED 01/23/2004 | DATE DISPOSED 05/03/2004 |
|---|---|---|

| PLAINTIFF(S) | PLAINTIFF'S ATTORNEY |
|---|---|
| P01  JEFFREY BROWN<br><br>BEVERLY, MA 01915<br><br>#04-10849RCL | CHARLES WILLIAM GODDARD<br>27 CONGRESS ST. 4TH FL.<br>SALEM, MA 01970<br>(978) 745-6200 |

| DEFENDANT(S)/OTHER SINGLE PARTIES | DEFENDANT'S ATTORNEY |
|---|---|
| D01  MARRIOTT INTERNATIONAL, INC.<br><br>PEABODY, MA 01960 | JAMES M. CAMPBELL<br>ONE CONSTITUTION PLAZA<br>THIRD FLOOR<br>BOSTON, MA 02129<br>(617) 241-3000 |

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 01/23/2004 | Complaint filed on 01/23/2004 at Salem District Court. |
| 2 | 01/23/2004 | Appearance for Jeffrey Brown filed by Attorney CHARLES WILLIAM GODDARD 27 Congress St. 4Th Fl. Salem MA 01970 BBO# 196400 |
| 3 | 01/23/2004 | Filing fee of $180.00 and surcharge of $15.00 paid (G.L. c.262 §§ 2 & 4C). |
| 4 | 01/23/2004 | Statement of damages filed by P01  JEFFREY BROWN (Dist./Mun.Cts.Supp.R.Civ.P. 102A). |
| 5 | 01/23/2004 | DISMISSAL UNDER STANDING ORDER 1-88 TIME STANDARDS potentially applicable on 01/30/2005 06:01 PM. |
| 6 | 01/23/2004 | DISMISSAL UNDER MASS.R.CIV.P. 4(j) potentially applicable on 04/30/2004 06:01 PM. |
| 7 | 04/08/2004 | Return of service on complaint and summons to D01  MARRIOTT INTERNATIONAL, INC.: Officer service SERVED in hand. |

Page 1 of 2    A TRUE COPY, ATTEST:    CLERK-MAGISTRATE/ASST CLERK  X  [signature]    DATE 5/5/4

Date/Time Printed: 05/05/2004 09:48 AM

CLERK/MAGISTRATE

| | | DOCKET CONTINUATION | DOCKET NUMBER 200436CV000080 |
|---|---|---|---|
| NO. | ENTRY DATE | DOCKET ENTRIES | |
| 8 | 04/08/2004 | DISMISSAL UNDER RULE 4(J) SCHEDULED on 4/30/2004 CANCELED. Reason: Other. (SUMMONS RETURNED WITH SERVICE) | |
| 9 | 05/03/2004 | Case removed to U.S. District Court by D01 MARRIOTT INTERNATIONAL, INC. (28 U.S.C. §§1441-1452). | |
| 10 | 05/05/2004 | Appearance for Marriott International, Inc. filed by Attorney JAMES M. CAMPBELL One Constitution Plaza Third Floor Boston MA 02129 BBO# 541882 | |

| Page 2 of 2 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK X | DATE |
|---|---|---|---|

Date/Time Printed: 05/05/2004 09:48 AM

CLERK/MAGISTRATE

COMMONWEALTH OF MASSACHUSETTS                04-10849RCL

ESSEX, ss.                          SALEM DISTRICT COURT
                                    C.A. NO: 0436CV0080

Jeffrey Brown
    Plaintiff

v.

Marriott International, Inc.
    Defendant

## COMPLAINT

### Parties

1. The Plaintiff, is a natural person who resides in Beverly, Essex County.

2. The Defendant, is a corporation with a principal place of business at 8A Centennial Drive, Peabody, Essex County.

### Background Allegations

3. On or about January 25, 2001, the Plaintiff was a guest of the defendant at its Hutchinson Island, Florida location.

4. The Defendant organized and oversaw a swimming pool activity in which the Plaintiff was a participant.

5. The pool activity was inherently dangerous and it was foreseeable that injury to the participants would result if not properly organized and supervised.

6. The Plaintiff sustained serious and permanent facial injuries and dental injuries while participating in the above-described activity.

2

COUNT –1-   <u>Brown vs. Marriott International, Inc.</u>
(Negligence)

Now comes the Plaintiff and says that on or about January 25, 2001 the Defendant, its agents, severants and/or employees so carelessly and negligently organized and supervised certain activities in its swimming pool so that as a result the Plaintiff was struck in the mouth sustaining serious and permanent facial and oral injuries.

WHEREFORE, the Plaintiff, Jeffrey Brown, demands judgment against the Defendant, Marriott International, Inc., in an amount to be determined by the Court.

                                              Jeffrey Brown
                                              by his attorney,

                                              Charles W. Goddard
                                              BBO# 196400
                                              Goddard, Scuteri & Delaney
                                              27 Congress Street
                                              Salem, MA 01970
Dated: 01/22/04                     (978) 745-6200

THE PLAINTIFF DEMANDS A TRIAL BY JURY

| STATEMENT OF DAMAGES<br>St. 1996, c. 358, s. 5 | DATE FILED (To be added by Clerk)<br>1-23-04 | DOCKET NUMBER (To be added by Clerk)<br>0436CVW80 | Trial Court of Massachusetts |
|---|---|---|---|
| PLAINTIFF(S)<br>JEFFREY BROWN | | DEFENDANT(S)<br>MARRIOTT INTERNATIONAL, INC. | |
| INSTRUCTIONS: THIS FORM MUST BE COMPLETED AND FILED WITH THE COMPLAINT OR OTHER INITIAL PLEADING IN ALL DISTRICT COURT CIVIL ACTIONS SEEKING MONEY DAMAGES IN BERKSHIRE, ESSEX, MIDDLESEX AND NORFOLK COUNTIES. | | SALEM | DISTRICT COURT |

## TORT CLAIMS

| | AMOUNT |
|---|---|
| A. Documented medical expenses to date: | |
|    1. Total hospital expenses: | $ 1,200. |
|    2. Total doctor expenses: | $ 3,000. |
|    3. Total chiropractic expenses: | $ |
|    4. Total physical therapy expenses: | $ |
|    5. Total other expenses (Describe): _____ | $ |
| SUBTOTAL: | $ 4,200 |
| B. Documented lost wages and compensation to date: | $ 3,000 |
| C. Documented property damages to date: | $ |
| D. Reasonably anticipated future medical and hospital expenses: | $ 1,000 |
| E. Reasonably anticipated lost wages: | $ |
| F. Other documented items of damage (Describe): _____ | $ |
| G. Brief description of Plaintiff's injury, including nature and extent of injury (Describe):<br>Facial lacerations, scars, broken teeth | |
| For this form, disregard double or treble damage claims; indicate single damages only.     TOTAL: | $ 8,200.00 |

RECEIVED 2004 JAN 23 P 12:11 CLERK'S OFFICE

## CONTRACT CLAIMS

| | AMOUNT |
|---|---|
| Provide a detailed description of claim(s): _____ | $ |
| | $ |
| | $ |
| For this form, disregard double or treble damage claims; indicate single damages only.     TOTAL: | $ |

ATTORNEY FOR PLAINTIFF (OR PRO SE PLAINTIFF):
Signature: [signed]    Date: 01/22/04

CHARLES W. GODDARD    196400
Print or Type Name    B.B.O.#

27 Congress Street, Salem, MA 01970
Address

DEFENDANT'S NAME AND ADDRESS:

## COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss

2004 APR 30  A 11: 19

CLERK'S OFFICE

**SUPERIOR COURT**
**CIVIL ACTION NO. 0436 CV 0080**

04- 10849 RCL

JEFFREY BROWN,
   Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC.
   Defendant.

)
)
)
)
)
)
)
)

### NOTICE OF REMOVAL

TO:   Civil Clerks Office     Charles W. Goddard
        Salem District Court     Goddard, Scuteri & Delaney
        65 Washington St.     27 Congress Street
        Salem, MA 01970     Salem, MA 01970

Please take notice that the defendant, Marriott International, Inc.., a non-Massachusetts corporation with its principal place of business in Delaware, has on the 28th day of April, 2004, filed a Notice of Removal pursuant to 28 U.S.C. sec. 1441 et seq., containing a statement of facts which entitle it to remove the case to the United States District Court, District of Massachusetts.

The case is currently pending in the United States District Court, District of Massachusetts at Boston with a Docket Number 04 10849 RCL.

MARRIOTT INTERNATIONAL, INC.
By its attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

_____
James M. Campbell (BBO# 541882)
Christopher A. Callanan (BBO# 630649)
One Constitution Plaza
Boston, MA 02110
(617) 241-3000

## CERTIFICATE OF SERVICE

I certify that on April 29, 2004, a true copy of the above document was sent by first class mail, postage pre-paid to all attorneys of record.

Charles W. Goddard
Goddard, Scuteri & Delaney
27 Congress Street
Salem, MA 01970

_____
Christopher A. Callanan

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION



ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

CHRISTOPHER A. CALLANAN
(617)241-3057

April 29, 2004

Civil Clerks Office
Salem District Court
65 Washington Street
Salem, MA 01970

RE: Jeffrey Brown v. Marriott International, Inc.
Civil Action No.: 0436 CV 0080

Dear Sir or Madam:

Enclosed please find:

***NOTICE OF REMOVAL***

Would you be so kind as to provide this office with a certified copy of the docket regarding the above-captioned matter.

Kindly contact this office with the amount for the certified copy fee, and payment will be made promptly.

Thank you for your assistance in this matter.

Very truly yours,

Christopher A. Callanan

CAC/sl
Enclosure
Cc: Charles W. Goddard, Esq.
    James M. Campbell, Esq.

CONNECTICUT • MAINE • MASSACHUSETTS • NEW HAMPSHIRE • NEW JERSEY • PENNSYLVANIA • RHODE ISLAND

Form DCM-13

# Commonwealth of Massachusetts
## District Courts of Massachusetts

**ESSEX, ss**

FIRST DISTRICT COURT OF ESSEX

65 Washington Street, Salem, MA

JEFFREY BROWN

v.

MARRIOTT INTERNATIONAL, INC.

Civil Action No. 0436 CV 080

## SUMMONS
(Rule 4)

To defendant MARRIOT INTERNATIONAL, INC of 8A Centennial Drive, PEABODY, MA:
(name) (address)

You are hereby summoned and required to serve upon CHARLES W. GODDARD plaintiff('s attorney), whose address is 27 CONGRESS STREET, SALEM, MA, a copy of your answer to the complaint which is herewith served upon you, within 20 days after service of this summons, exclusive of the day of service. You are also required to file your answer to the complaint in the office of the Clerk of this court either before service upon plaintiff('s attorney), or within 5 days thereafter. If you fail to meet the above requirements, judgment by default may be rendered against you for the relief demanded in the complaint. You need not appear personally in court to answer the complaint.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will be barred from making such claim in any other action.

WITNESS Samuel E. Zoll, , Presiding Justice, on _____ _____
(SEAL) (date)

_Robert F. Vrena_ CLERK/MAGISTRATE

Note: (1) When more than one defendant is involved, the names of all defendants should appear in the action. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
(2) The number assigned to the complaint by the Clerk at commencement of the action should be affixed to this summons before it is served.

### RETURN OF SERVICE

On _____ I served a copy of the within summons, together with a copy of the
(date of service)
complaint in this action upon the within named defendant, in the following manner (see Rule 4 (d) (1-5)):

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.

April 5, 2004

I hereby certify and return that on 4/1/2004 at 10:50 am I served a true and attested copy of the summons, complaint and statement of damages in this action in the following manner: To wit, by delivering in hand to Robert Campbell, Day Manager, agent, person in charge at the time of service for Marriott International, Inc., 8 A Centennial Drive, Peabody, MA. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($3.20), Postage and Handling ($1.00), Copies ($5.00) Total Charges $40.70

_Michael Burke_

Deputy Sheriff Michael Burke
Deputy Sheriff

This form prescribed by the Chief Justice of the District Courts