**CAMPBELL CAMPBELL EDWARDS & CONROY**
PROFESSIONAL CORPORATION



ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

CHRISTOPHER A. CALLANAN
(617)241-3057

May 21, 2004

United States District Court
For the District of Massachusetts
ATT: Civil Clerk
U.S. Courthouse, 1 Courthouse Way
Boston, MA 02210

Re:   **Jeffrey Brown v. Marriott International, Inc.**
      **USDC C.A. No. 04-10849 RCL**

Dear Sir or Madam:

Enclosed for filing please find

**Certified Copy of District Court File.**

Thank you for your attention to this matter.

Very truly yours,

Christopher A. Callanan, Esq.

CAC:sl
Enclosure
Cc:   Charles Goddard, Esq.
      James M. Campbell, Esq

CONNECTICUT • MAINE • MASSACHUSETTS • NEW HAMPSHIRE • NEW JERSEY • PENNSYLVANIA • RHODE ISLAND

| Civil DOCKET | DOCKET NUMBER 200436CV000080 | Trial Court of Massachusetts District Court Department |
|---|---|---|
| CASE NAME<br>JEFFREY BROWN vs. MARRIOTT INTERNATIONAL, INC. | | CURRENT COURT<br>Salem District Court<br>65 Washington Street<br>Salem, MA 01970-3572<br>(978) 744-1167 |

| ASSOCIATED DOCKET NO. | DATE FILED<br>01/23/2004 | DATE DISPOSED<br>05/03/2004 | |
|---|---|---|---|

| PLAINTIFF(S)<br>P01  JEFFREY BROWN<br><br>BEVERLY, MA 01915 | PLAINTIFF'S ATTORNEY<br>CHARLES WILLIAM GODDARD<br>27 CONGRESS ST. 4TH FL.<br>SALEM, MA 01970<br>(978) 745-6200 |
|---|---|

| DEFENDANT(S)/OTHER SINGLE PARTIES<br>D01  MARRIOTT INTERNATIONAL, INC.<br><br>PEABODY, MA 01960 | DEFENDANT'S ATTORNEY<br>JAMES M. CAMPBELL<br>ONE CONSTITUTION PLAZA<br>THIRD FLOOR<br>BOSTON, MA 02129<br>(617) 241-3000 |
|---|---|

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 01/23/2004 | Complaint filed on 01/23/2004 at Salem District Court. |
| 2 | 01/23/2004 | Appearance for Jeffrey Brown filed by Attorney CHARLES WILLIAM GODDARD 27 Congress St. 4Th Fl. Salem MA 01970 BBO# 196400 |
| 3 | 01/23/2004 | Filing fee of $180.00 and surcharge of $15.00 paid (G.L. c.262 §§ 2 & 4C). |
| 4 | 01/23/2004 | Statement of damages filed by P01 JEFFREY BROWN (Dist./Mun.Cts.Supp.R.Civ.P. 102A). |
| 5 | 01/23/2004 | DISMISSAL UNDER STANDING ORDER 1-88 TIME STANDARDS potentially applicable on 01/30/2005 06:01 PM. |
| 6 | 01/23/2004 | DISMISSAL UNDER MASS.R.CIV.P. 4(j) potentially applicable on 04/30/2004 06:01 PM. |
| 7 | 04/08/2004 | Return of service on complaint and summons to D01 MARRIOTT INTERNATIONAL, INC.: Officer service SERVED in hand. |

Page 1 of 2  A TRUE COPY, ATTEST:  CLERK-MAGISTRATE/ASST. CLERK  X [signature] Robert Thomas  DATE 5/5/4

Date/Time Printed: 05/05/2004 09:48 AM

CLERK/MAGISTRATE

| | DOCKET CONTINUATION | DOCKET NUMBER  200436CV000080 |
|---|---|---|

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 8 | 04/08/2004 | DISMISSAL UNDER RULE 4(J) SCHEDULED on 4/30/2004 CANCELED. Reason: Other. (SUMMONS RETURNED WITH SERVICE) |
| 9 | 05/03/2004 | Case removed to U.S. District Court by D01 MARRIOTT INTERNATIONAL, INC. (28 U.S.C. §§1441-1452). |
| 10 | 05/05/2004 | Appearance for Marriott International, Inc. filed by Attorney JAMES M. CAMPBELL One Constitution Plaza Third Floor Boston MA 02129 BBO# 541882 |

| Page 2 of 2 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK  X /s/ Robert F. Thenas | DATE |
|---|---|---|---|

Date/Time Printed: 05/05/2004 09:48 AM

CLERK/MAGISTRATE