UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -2  A 11: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

---

JEFFREY BROWN
Plaintiff

v.

MARRIOTT INTERNATIONAL, INC.
Defendant

Civil Action No.:
04-10849 RCL

## STIPULATION FOR DISMISSAL

Now come the parties and move that the above action be dismissed pursuant to Federal Rules of Civil Procedure R. 41 (a)(1).

Marriott International, Inc.
By their attorney,

Jeffrey Brown
by his attorney,

Christopher Callanan
BBO#541882 630649
CAMPBELL CAMPBELL
EDWARDS + CONROY
One Constitution Plaza
Boston, MA 02110
(617) 241-3000

Charles W. Goddard
BBO# 196400
Goddard, Scuteri & Delaney
27 Congress Street
Salem, MA 01970
(978) 745-6200

Dated:May 25, 2004